IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                      Case No. 14-10072-05-JTM

Shawn Keeven,

    Defendants.

## MEMORANDUM AND ORDER

Upon consideration of defendant's Motion to Extend Self-Surrender Date (Dkt. 166), it is hereby ordered that defendant's Motion to Extend his self-surrender date for thirty days from the currently set date of May 31, 2016 is granted; and that the defendant, Shawn Keeven, surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on June 30, 2016. No additional extensions shall be granted.

IT IS SO ORDERED this 24th day of May, 2016.

                                                     ___s/ J. Thomas Marten_____
                                                     J. THOMAS MARTEN, JUDGE